1 | LATHAM & WATKINS LLP
   Daniel Scott Schecter (Bar No. 171472)
2 |     *daniel.schecter@lw.com*
   Jessica Stebbins Bina (Bar No. 248485)
3 |     *jessica.stebbinsbina@lw.com*
   Elizabeth A. Greenman (Bar No. 308488)
4 |     *elizabeth.greenman@lw.com*
   10250 Constellation Boulevard, Suite 1100
5 | Los Angeles, California 90067
   Telephone:  (424) 653.5500
6 | Facsimile:   (424) 653.5501

7 | Attorneys for Petitioner
   Harmony Gold, USA, Inc.

LAW OFFICES OF HAROLD J. LIGHT
Harold J. Light
hallight@hjllaw.com
11355 West Olympic Boulevard, Suite 300
Los Angeles, California 90064
Telephone: (310) 473.2233

Attorney for Respondent
Tatsunoko Production Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMONY GOLD, USA, INC., <br><br> Petitioner, <br><br> v. <br><br> TATSUNOKO PRODUCTION CO., LTD., <br><br> Respondent. | CASE NO. 2:17-cv-06034-PA-MRW <br><br> **JUDGMENT CONFIRMING ARBITRATION AWARD** |

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
LOS ANGELES

JUDGMENT CONFIRMING ARBITRATION AWARD

1

The Petition to Confirm Arbitration Award (the "Petition") brought by petitioner Harmony Gold, USA, Inc. ("Petitioner") is pending before the Court. Having carefully considered the papers filed in support of the Petition, the Court enters judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

That the Arbitration Award issued by the Independent Film & Television Alliance on June 28, 2017 in connection with the arbitration proceedings between Petitioner and Tatsunoko Production Co., Ltd., a true and correct copy of which is attached hereto as Exhibit A, is the Judgment of this Court.

Pursuant to California Civil Code section 3287, the parties are entitled to recover prejudgment interest on any unsatisfied amount of money ordered to be paid in the Arbitration Award which accrued between June 28, 2017 and the date of this judgment at the statutory rate.

IT IS SO ORDERED.

Dated: August 23, 2017

Hon. Percy Anderson
United States District Judge